UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00280-BR |
| v. | **INFORMATION** |
| **TYLER JOHN GABRIEL,** | **18 U.S.C. § 111(a)(1)** |
| Defendant. | **CLASS A MISDEMEANOR** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 27, 2020, in the District of Oregon, defendant **TYLER JOHN GABRIEL** forcibly assaulted U.S. Marshals Service Victim 1 (V-1), a person designated as a federal officer under 18 U.S.C. § 1114, while V-1 was engaged in and on account of the performance of V-1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

**COUNT 2**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 27, 2020, in the District of Oregon, defendant **TYLER JOHN GABRIEL** forcibly assaulted Federal Employee Victim 2 (V-2), a person designated as a

federal officer under 18 U.S.C. § 1114, while V-2 was engaged in and on account of the performance of V-2's official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 27, 2020, in the District of Oregon, defendant **TYLER JOHN GABRIEL** forcibly assaulted U.S. Marshals Service Victim 3 (V-3), a person designated as a federal officer under 18 U.S.C. § 1114, while V-3 was engaged in and on account of the performance of V-3's official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 4
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 27, 2020, in the District of Oregon, defendant **TYLER JOHN GABRIEL** forcibly assaulted U.S. Marshals Service Victim 4 (V-4), a person designated as a federal officer under 18 U.S.C. § 1114, while V-4 was engaged in and on account of the performance of V-4's official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 5
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 27, 2020, in the District of Oregon, defendant **TYLER JOHN GABRIEL** forcibly assaulted Federal Protective Service Victim 5 (V-5), a person designated

as a federal officer under 18 U.S.C. § 1114, while V-5 was engaged in and on account of the performance of V-'s official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

Dated: July 27, 2020.                                  Respectfully submitted,

                                                       BILLY J. WILLIAMS
                                                       United States Attorney

                                                       */s/ Gary Y. Sussman*
                                                       GARY Y. SUSSMAN, OSB 873568
                                                       Assistant United States Attorney