Jon Weiner, OSB #993944
jweiner@nw-attorneys.com
Law Office of Jon Weiner
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745
Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JOHN GABRIEL,<br><br>Defendant. | Case No: 3:20-cr-00280-BR<br><br>**DECLARATION OF JON WEINER IN SUPPORT OF MOTION TO CONTINUE TRIAL** |

I, Jon Weiner, counsel for Plaintiff, declare as follows:

1. I was appointed to represent Defendant Tyler Gabriel in the above-captioned matter on August 6, 2020.

2. Limited discovery has been provided in this case. It is my understanding that a substantial amount of digital evidence will be made available in the near future. Opposing counsel has been asked to provide information regarding the status of any anticipated provision of further discovery materials. Opposing counsel has also been asked to provide an offer or any other information

Page 1 of 2 DECLARATION IN SUPPORT OF MOTION TO CONTINUE

regarding potential disposition of this matter short of trial.  No response has been received.

3.  Given the dearth of information currently available it will not be possible to adequately defend this case at trial under the existing timeline.

4.  Based on the foregoing, I request that this Court cancel the current trial date and set a status or pretrial conference in its stead.

I declare under penalty of perjury that the foregoing is true and accurate.

DATED: September 15, 2020

*/s/ Jon Weiner* _____
Jon Weiner, OSB #993944
Attorney for Defendant

Page 2 of 2 DECLARATION IN SUPPORT OF MOTION TO CONTINUE

CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Declaration on the parties herein by CM/ECF filing on September 15, 2020.

DATED: September 15, 2020

*/s/ Jon Weiner*
Jon Weiner, OSB #993944
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745
Attorney for Defendant

Page 1 of 1 CERTIFICATE OF SERVICE

**JON H. WEINER,** Attorney at Law
*Law Office of Jon Weiner*
1415 Commercial Street SE, Salem, OR 97302
Tel. (503)399-7001  Fax (503)399-0745