Jon Weiner, OSB #993944
jweiner@nw-attorneys.com
Law Office of Jon Weiner
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:20-cr-00280-BR |
| Plaintiff, | |
| | **SUPPLEMENTAL DECLARATION OF JON WEINER IN SUPPORT OF MOTION TO CONTINUE TRIAL** |
| v. | |
| TYLER JOHN GABRIEL, | |
| Defendant. | |

_____

I, Jon Weiner, counsel for Defendant, declare as follows:

1. I was appointed to represent Defendant Tyler Gabriel in the above-captioned matter on August 6, 2020.

2. I have communicated with Defendant regarding the previously filed motion to continue trial, which is currently scheduled to commence June 29, 2021.

3. Defendant consents to continuance of trial and has agreed to waive his right to a speedy trial through the next trial setting.

Page 1 of 2 SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO CONTINUE

**JON H. WEINER,** Attorney at Law
*Law Office of Jon Weiner*
1415 Commercial Street SE, Salem, OR 97302
Tel. (503)399-7001  Fax (503)399-0745

I declare under penalty of perjury that the foregoing is true and accurate.

DATED: June 24, 2021

>*/s/ Jon Weiner* _____
>Jon Weiner, OSB #993944
>Attorney for Defendant

Page 2 of 2 SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO CONTINUE

**JON H. WEINER,** Attorney at Law
*Law Office of Jon Weiner*
1415 Commercial Street SE, Salem, OR 97302
Tel. (503)399-7001  Fax (503)399-0745

CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Declaration on the parties herein by CM/ECF filing on June 24, 2021.

DATED: June 24, 2021

*/s/ Jon Weiner* _____
Jon Weiner, OSB #993944
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745
Attorney for Defendant

Page 1 of 1 CERTIFICATE OF SERVICE

**JON H. WEINER,** Attorney at Law
*Law Office of Jon Weiner*
1415 Commercial Street SE, Salem, OR 97302
Tel. (503)399-7001  Fax (503)399-0745