SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00280-BR |
| v. | JOINT STATUS REPORT |
| TYLER JOHN GABRIEL, | |
| **Defendant.** | |

Pursuant to this Court's Order, the parties provide the following joint status report:

Defendant is charged by information with Assault on a Federal Officer and is currently out of custody with a trial setting of December 14, 2021. The parties are preparing for trial, but there still exists a reasonable possibility of a negotiated resolution.

Dated: October 15, 2021                    Respectfully submitted,

                                            SCOTT ERIK ASPHAUG
                                            Acting United States Attorney

                                            */s/ Ashley R. Cadotte*
                                            ASHLEY R. CADOTTE, OSB #122926
                                            Assistant United States Attorney